**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: NOVAK, WILLIAM G | § | Case No. 10-72423 |
| NOVAK, THERESA M | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BERNARD J. NATALE_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   Clerk of The U S Bankruptcy Court
   211 South Court Street
   Rockford IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within   21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30 on 01/05/2011 in Courtroom 115, United States Courthouse, 211 South Court Street
Rockford IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

   Dated: 11/24/2010          By: /s/BERNARD J. NATALE_____
                                       Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com


UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: NOVAK, WILLIAM G § | Case No. 10-72423 |
| NOVAK, THERESA M § | |
| § | |
| Debtor(s) § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $ 9,000.14 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 9,000.14 |
| **Balance on hand:** | $ 9,000.14 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 9,000.14 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BERNARD J. NATALE | 1,650.01 | 0.00 | 1,650.01 |
| Attorney for Trustee, Fees - BERNARD J. NATALE, LTD. | 1,357.50 | 0.00 | 1,357.50 |
| Attorney for Trustee, Expenses - BERNARD J. NATALE, LTD. | 35.41 | 0.00 | 35.41 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 3,042.92 |
| Remaining balance: | $ 5,957.22 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 5,957.22

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 5,957.22

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 34,899.03 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 17.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American Infosource Lp As Agent | 408.34 | 0.00 | 69.71 |
| 2 | Discover Bank | 6,831.80 | 0.00 | 1,166.18 |
| 3 | PYOD LLC as assignee of Citibank, NA | 9,582.61 | 0.00 | 1,635.74 |
| 4 | GE Money Bank | 597.98 | 0.00 | 102.07 |
| 5 | Fia Card Services, NA/Bank of America | 17,478.30 | 0.00 | 2,983.52 |

Total to be paid for timely general unsecured claims: $ 5,957.22
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:   $     0.00
Remaining balance:   $     0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:   $     0.00
Remaining balance:   $     0.00

Prepared By:   /s/BERNARD J. NATALE
Bernard J Natale, Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: cshabez              Page 1 of 1                  Date Rcvd: Dec 14, 2010
Case: 10-72423                Form ID: pdf006            Total Noticed: 33

The following entities were noticed by first class mail on Dec 16, 2010.
db/jdb       +William G Novak,    Theresa M Novak,    12035 Bloomfield Drive,    Huntley, IL 60142-7872
aty          +Bernard J Natale,    Law Office of Bernard J. Natale, Ltd.,    6833 Stalter Drive,    Suite 201,
               Rockford, IL 61108-2582
aty          +David Chang,    Chang & Carlin, LLP,    1305 Remington Road,    Suite C,    Schaumburg, IL 60173-4820
aty          +Scott E Hillison,    Bernard J Natale, Ltd,    6833 Stalter Drive,    Suite 201,
               Rockford, IL 61108-2582
tr           +Bernard J Natale,    Bernard J. Natale, Ltd.,    6833 Stalter Drive,    Suite 201,
               Rockford, IL 61108-2582
15556124     +Alexian Brothers,    3040 Salt Creek Lane,    Arlington Heights, IL 60005-1069
15556123     +Alexian Brothers,    1650 Moon Lake Blvd,    Schaumburg, IL 60169-1010
15556125     +Cap One,    Po Box 85520,   Richmond, VA 23285-5520
15556127     +Chase Mtg,    10790 Rancho Bernardo Rd,    San Diego, CA 92127-5705
15556128     +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
15556130     +Fia Csna,    Attn: Bankruptcy,    Po Box 182686,    Columbus, OH 43218-2686
15556132     +Harris N.a.,    3800 Golf Rd Ste. 300,    Rolling Meadows, IL 60008-4005
15556136     +Leading Edge Recovery,    5440 N. Cumberland Avenue,    #300,    Chicago, IL 60656-1486
15556139     +MHS Physician Services,    PO Box 5081,    Janesville, WI 53547-5081
15556138     +McHenry Radiologists Imaging Assoc,    PO Box 220,    Mchenry, IL 60051-0220
15556140     +Moraine Emergency Physicians,    PO Box 8759,    Philadelphia, PA 19101-8759
15968436     +PYOD LLC its successors and assigns as assignee of,    Citibank, NA,
               c/o Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
15556121     +a-tec ambulance, inc,    p.o. box 457,    Wheeling, IL 60090-0457
15556122     +adi pediatric behavioral health,    121 s. wilke rd #410,    Arlington Heights, IL 60005-1541
15556126     +centegra health,    13707 w. jackson street,    Woodstock, IL 60098-3188
15556133     +harris pharmacy,    20 s. dunton,    Arlington Heights, IL 60005-1495
15556134     +huntley dental assoc,    12507 regency parkway,    Huntley, IL 60142-6500
15556135      lane bryant,    p.o. box 856132,    Louisville, KY 40285-6132
15556137      lincare,    3556 akeshore rd #214,    Buffalo, NY 14219-1400
15556141     +pointe pest control,    1275 roosevelt rd 118,    West Chicago, IL 60185-4816
15556142      premier health partners,    39637 treasury center,    Chicago, IL 60694-9000
15556143     +pulmonary & sleep medicine,    2971 w. algonquin #104,    Algonquin, IL 60102-9407
The following entities were noticed by electronic transmission on Dec 15, 2010.
15863149      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 15 2010 01:38:46
               American Infosource Lp As Agent for,    World Financial Network National Bank As,
               Lane Bryant (Spirit of America),    PO Box 248872,    Oklahoma City, OK  73124-8872
15869579      E-mail/PDF: mrdiscen@discoverfinancial.com Dec 15 2010 01:38:55     Discover Bank,
               Dfs Services LLC,    PO Box 3025,    New Albany, OH  43054-3025
15556129     +E-mail/PDF: mrdiscen@discoverfinancial.com Dec 15 2010 01:38:54     Discover Fin,
               Attention: Bankruptcy Department,    Po Box 3025,    New Albany, OH 43054-3025
16272373      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 15 2010 01:38:46
               Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,    PO Box 248809,
               Oklahoma City, OK  73124-8809
15556131     +E-mail/PDF: gecsedi@recoverycorp.com Dec 15 2010 01:49:14     GE Money Bank,    950 Forrer Blvd.,
               Dayton, OH 45420-1469
16097040      E-mail/PDF: gecsedi@recoverycorp.com Dec 15 2010 01:39:12     GE Money Bank,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 16, 2010**                    **Signature:** _Joseph Speetjens_