## AMENDED DISTRIBUTION REPORT
## FINAL DISTRIBUTION

**Case Number:** 10-72423　　　　　　　　　　　Page: 1　　　　　　　　　　**Date:** January 5, 2011
**Debtor Name:** NOVAK, WILLIAM G　　　　　　　　　　　　　　　　　　**Time:** 01:49:00 PM

| Claim # | Payee Name | Claim Type | Amount Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---:|---:|---:|---:|---:|
|  | Funds on Hand |  |  |  |  |  | $9,000.20 |
| EXP | BERNARD J. NATALE, LTD. | Admin Ch. 7 | 35.41 | 0.00 | 35.41 | 35.41 | 8,964.79 |
| ATTY | BERNARD J. NATALE, LTD. | Admin Ch. 7 | 1,357.50 | 0.00 | 1,357.50 | 1,357.50 | 7,607.29 |
| TRTE | BERNARD J. NATALE | Admin Ch. 7 | 1,650.01 | 0.00 | 1,650.01 | 1,650.01 | 5,957.28 |
|  | SUBTOTAL FOR | ADMIN CH. 7 | 3,042.92 | 0.00 | 3,042.92 | 3,042.92 |  |
| 1 | American Infosource Lp As Agent | Unsecured | 408.34 | 0.00 | 408.34 | 69.70 | 5,887.58 |
| 2 | Discover Bank | Unsecured | 6,831.80 | 0.00 | 6,831.80 | 1,166.19 | 4,721.39 |
| 3 | PYOD LLC as assignee of Citibank, NA | Unsecured | 9,582.61 | 0.00 | 9,582.61 | 1,635.76 | 3,085.63 |
| 4 | GE Money Bank | Unsecured | 597.98 | 0.00 | 597.98 | 102.08 | 2,983.55 |
| 5 | Fia Card Services, NA/Bank of America | Unsecured | 17,478.30 | 0.00 | 17,478.30 | 2,983.55 | 0.00 |
|  | SUBTOTAL FOR | UNSECURED | 34,899.03 | 0.00 | 34,899.03 | 5,957.28 |  |
| **<< Totals >>** |  |  | 37,941.95 | 0.00 | 37,941.95 | 9,000.20 |  |

*NOTE: Final distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this final distribution.

**Administrative-Ch7**　　　　　　　　　　100.000000%
**Unsecured**　　　　　　　　　　　　　　17.070045%